UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED SEP - 9 2014

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

GRACE STOVALL )
_____ )
Plaintiff(s), )
)
vs. )  Case No.
)
CIRCUIT COURT OF ) 1:14-cv-06988
COOK COUNTY Law Division ) Judge Amy J. St. Eve
) Magistrate Judge Sidney I. Schenkier
Defendant(s). )

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is  GRACE STOVALL  .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _____, is
   (name, badge number if known)

   ☐ an officer or official employed by _____;
   (department or agency of government)
   _____ or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is _____. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about 8, 12, 2014, at approximately 10:00 ☒ a.m. ☐ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____, in the County of Cook, State of Illinois, at 50. W. WAShiNGTON, CHiCAgo, Ill. 60610 Room 2206
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☒ conspired together to violate one or more of plaintiff's civil rights;
   ☒ Other:

   _____

   _____

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): _____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____

☐ Other: _____

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I FEEL THAT I HAVE BEEN DENIED MY RIGHTS AS A CITIZEN OF THE UNITED STATES OF AMERICA. JUDGE JAMES N. OHARA Room 2206 HAS INFORMED ME THAT I AM NOT ALLOWED TO REPRESENT MYSELF PRO-SE. HE IS REPEATEDLY GIVING CONTINUANCES AND DRAGGING THE CASE OUT IN FAVOR OF THE DEFENDENTS. I HAVE CONTINUOUSLY REQUESTED A TRIAL DATE AND BEEN DENIED BY JUDGE OHARA. TRAVELERS INSURANCE AND THEIR REPRESENTATIVE ATTNY DAVID WEININGER ILLEGALLY CHANGED THE VENUE WITHOUT NOTIFYING THE PLAINTIFF JUDGE JOHN P. KIRBY UNLAWFULLY DISMISSED MY CASE BEFORE THE October 2, 2014 COURT DATE SCHEDULED IN JUDGE OHARA'S COURTROOM. I RECEIVED A POSTCARD FROM COURT THAT MY CASE WAS DISMISSED DWP. I IMMEDIATLEY FILED A MOTION TO REINSTATE MY CASE. SEE ATTACHED DOCUMENTS

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

DUE TO THE DELIBERATE, UNLAWFULL TACTICS USED TO DELAY JUSTICE. I AM SUFFERING FINANCIAL RUIN AND I'M LIVING IN PAIN AND POVERTY. ALL INDICATIONS POINT TO THE FACT THAT I AM A DIRECT VICTIM OF PUBLIC FRAUD AND CORRUPTION.

13. Plaintiff asks that the case be tried by a jury. ☐ Yes ☒ No

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Grace Stovall*

Plaintiff's name *(print clearly or type)*: GRACE STOVALL

Plaintiff's mailing address: 5114 S. INGLESIDE

City CHICAGO     State ILL     ZIP 60615

Plaintiff's telephone number: (773) 936-3109.

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district.  ☐ Yes  ☐ No

    *If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

July 31, 2014

## Grace Stovall - PLAINTIFF

vs

## 1356 CONDOMINIUM ASSOCIATION - DEFENDANT

CASE NUMBER: 2012-L-012872

PLAINTIFF ADDRESS: 5112 S INGLESIDE AV,
CHICAGO, IL 60615
COOK COUNTY

I hereby notify the Court that I, Grace Stovall, am representing myself because I am unable to get competent legal representation. I am therefore proceeding with my case Pro Se, as of this day July 31, 2014.

# I am also requesting a trial date at this time.

Signature: *Grace Stovall*
GRACE STOVALL

Motion - General Form (This form replaces CCMD-39)   (2/24/05) CCG N702

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

GRACE STOVALL
**Plaintiff(s)**

v.

1356 East Hyde Park Condominium Association
**Defendant(s)**

No. 2012 _____

FILED-12 2014 AUG 12 PM 2:48

TO: 1356 East Hyde Park Condominium Association

MOTION BY GRACE STOVALL FOR _____

I WANT A TRIAL DATE

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: August 12, 2014            _____
                                    **Attorney Certification**

Atty. No.: _____
Name: Grace Stovall
Atty. for: Pro Se
Address: 511 _____
City/State/Zip: Chicago, IL _____
Telephone: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

(D.W.P. Order)    (This form replaces CCL 500, CCCH 11 & CCMD 0622)    (Rev. 12/4/00) CCG 0

19

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Grace Stovall

v.

Madison Park

No. 12L12872



## DISMISSAL FOR WANT OF PROSECUTION ORDER

This cause coming to be heard for

☐ Pretrial    ☐ Prove-up    ☐ Trial    ☐ Status    ☐ Case Management    or    ☒ Above the Black Line.

IT IS HEREBY ORDERED that this cause be and the same is hereby dismissed for want of prosecution.

(8005)

JUDGE JOHN P. KIRBY

AUG 18 2014

CIRCUIT COURT-1766

Name:
Atty. No:
Atty. For: O/C
Address:
City:
Telephone:

ENTER:

JUDGE: _____ 1766

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

CIRCUIT COURT OF COOK COUNTY
LAW DIV., RM: 801, DALEY CTR.
CHICAGO, IL. 60602



STOVALL GRACE
5114 S INGLESIDE
CHICAGO         IL 60615

6 EMCENMP 60615
12-L-012872

\* \* \* \* \* N O T I C E \* \* \* \* \*

CASE   12-L-012872

STOVALL GRACE                VS MADISON PARK PROPERTY OWN

YOU ARE NOTIFIED THAT YOUR CASE WAS DISMISSED FOR WANT
OF PROSECUTION AGAINST MADISON PARK PROPERTY OWN
ON 08/18/2014 BY JUDGE KIRBY, JOHN P.

ATTENTION: EFFECTIVE JANUARY 2, 2014, PARTIES RECEIVING
POSTCARD NOTICE WILL BE CHARGED A STATUTORY FEE OF $15.00 +
POSTAGE. TO AVOID THIS FEE REGISTER FOR ELECTRONIC COURT
NOTICE AT WWW.COOKCOUNTYCLERKOFCOURT.ORG.

```
CIRCUIT COURT OF COOK COUNTY
LAW DIVISION - MOTION CALL RECEIPT

CASE NUMBER : 12L012872
CALENDAR    : A
ATTORNEY    : 99500
P/D         : P
PLAINTIFF NAME : STOVALL GRACE
DEFENDANT NAME : MADISON PARK PROPERTY OW

MOTION CALL DATE : 081914
MOTION CALL SQNO : 006
MOTION CALL TIME : 10:00AM

---------------------------

ADDITION PLEADINGS FILED

X  MOTION FILED
X  NOTICE OF MOTION
X  PROOF OF SERVICE
_  EXHIBITS
_  AFFIDAVITS
_  CERTIFICATES
_  MEMORANDUM
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS  
COUNTY DEPARTMENT-LAW DIVISION

Rev. 5/14

Slovall, Plaintiffs

-v-

Madison, Defendants

NO: 12L 12872

Motion Call: "A" Time: _____ Line #: _____

2005 Trial Date: _____

## **CASE MANAGEMENT ORDER**

**(Please check off all pertinent paragraphs and circle proper party name)**

- (8230) _____ 1. Category #1 (18-mo. discovery)
- (8232) _____ 1A. Category #2 (28 Mo. Discovery)
- (4231) _____ 2. Written, 213(f)(1), (f)(2) and 214 discovery to be **issued** by _____ **or deemed waived**
- (4296) _____ 3. Written, 213(f)(1), (f)(2) and 214 discovery to be **answered** by _____ ;
- (4218) _____ 4. Party depositions, fact, 213(f)(1) and/or (2) depositions to be **completed** by _____
- (4288) _____ 5. Subpoenas for treating physicians' deps to be **issued** by _____ **or deemed waived**
- (4218) _____ 6. Treating physicians depositions to be **completed** by _____
- (4206) _____ 7. (Plaintiff) - (Defendant) - (Add. Party) shall **answer** 213 (f)(3) Interrogatories by _____
- (4218) _____ 8. **Plaintiff's 213(f)(3)** witnesses' depositions to be **completed** by _____
- (4218) _____ 9. **Defendant's 213(f)(3)** witnesses' depositions to be **completed** by _____
- (4218) _____ 10. **Add. party's 213(f)(3)** witnesses' depositions to be **completed** by _____
- (4295) _____ 11. All fact discovery, SCR 213(f)(1) and/or SCR 213(f)(2) discovery is closed. *(Circle all applicable*
- (4619) _____ 12. The matter is continued for subsequent Case Management Conference on _____ at _____ AM/PM in Room 2206 for:

  (A)_____ Proper Service      (B)_____ Appearance of Defendants   (C)_____ Case Value  
  (D)_____ Pleadings Status    (E)_____ Discovery Status            (F)_____ Pre-Trial/Settlement  
  (G)_____ Mediation Status    (H)_____ Trial Certification         (I)_____ Other

- (4005) _____ 13. Case is DWP'd.    (4040) _____ The case is voluntarily dismissed pursuant to 735 ILCS 5/2-1009.
- (4331) _____ 14. Case stricken from CMC Call    (4284) _____ Motion Stricken or Withdrawn from Call    (4330) ✓ Case stricken from Motion Call.

NAME: _____  
ADDRESS: _____  
PHONE: _____  
ATTY ID#: _____  
ATTY FOR PARTY: _____

ENTER: _____  
JUDGE _____ NO

**NOTICE:**

★ COPIES OF ALL PRIOR CMC ORDERS MUST BE BROUGHT TO ALL CMC COURT DATES.

★ FAILURE OF ANY PARTY TO COMPLY WITH THIS CMC ORDER WILL BE A BASIS FOR SCR 219(C) SANCTIONS. FAILURE OF ANY PARTY TO ENFORCE THIS CMC ORDER WILL CONSTITUTE A WAIVER OF SUCH DISCOVERY BY THAT PARTY.

Judge James N. O'Hara  
AUG 19 2014  
Circuit Court - 1983

Motion - General Form (This form replaces CCMD-39)    (2/24/05) CCG N702

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

GRACE STOVALL
Plaintiff(s)

v.                                    No. 2012-L-12872

1356 E. HYDE PARK CONDOMINIUM
Defendant(s)

TO: 1356 E. HYDE PARK CONDOMINIUM ASSOCIATION

MOTION BY GRACE STOVALL FOR REINSTATEMENT OF THIS CASE

MY CASE WAS DELIBERATELY AND UNLAWFULLY DISMISSED BEFORE THE SCHEDULED COURT DATE OF October 2, 2014. I WAS NEVER NOTIFIED OF ANY OTHER COURT DATE BESIDES OCTOBER 2, 2014. DOCUMENTS ATTACHED

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: September 2, 2014          Grace Stovall
                                  Attorney Certification

Atty. No.: _____
Name: GRACE STOVALL
Atty. for: PRO-SE
Address: 5114 S. INGLESIDE
City/State/Zip: CHICAGO, ILL 60615
Telephone: 773-936-3109

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Copy Distribution-White: 1. ORIGINAL-COURT FILE  Canary: 2. COPY 1  Pink: 3. COPY 2  Gold: 4. COPY 3